UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMMANUEL GONZALEZ,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**TAGGED, INC.,**<br><br>        Defendant. | Case No.: 16-cv-00574-YGR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; DIRECTING DEFENDANT TO REFILE ANSWER**<br><br>Re: Dkt. Nos. 7, 9, 10 |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the Court **SETS** an Initial Case Management Conference to be held in this case on Monday, **March 21, 2016**, at **2:00 p.m.**, at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1.

The parties shall file a **JOINT** case management conference statement no later than **March 14, 2016**. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Rule 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Local Rule 16-10(b). Failure to do so shall be considered grounds for sanctions.

Moreover, defendant is **ORDERED** to refile its Answer to the Complaint and Counterclaim (*see* Dkt. No. 10) on this docket no later than **March 1, 2016**.

This Order terminates Docket Numbers 7 & 9.

**IT IS SO ORDERED.**

Dated: February 23, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**