UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL C. GONZALEZ,

    Plaintiff,

v.

TAGGED, INC.,

    Defendant.

Case No. 16-cv-00574-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | August 31, 2016 |
| NON-EXPERT DISCOVERY CUTOFF: | May 27, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: June 3, 2016<br>Rebuttal: June 30, 2016 |
| EXPERT DISCOVERY CUTOFF: | July 22, 2016 |
| SERVE FINAL ELECTIONS BY: | April 26, 2016 (asserted claims)<br>May 10, 2016 (asserted prior art) |
| DISPOSITIVE MOTIONS TO BE HEARD BY: | June 21, 2016 |
| PLAINTIFF MOTION FOR SUMMARY JUDGMENT FILED BY: | April 26, 2016 |
| DEFENDANT OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT FILED BY: | May 10, 2016 |
| PLAINTIFF REPLY AND OPPOSITION TO CROSS-MOTION FILED BY: | May 24, 2016 |
| DEFENDANT REPLY ON CROSS-MOTION FILED BY: | May 31, 2016 |
| DAUBERT MOTIONS/MOTIONS TO STRIKE EXPERT TESTIMONY TO BE FILED BY: | July 22, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, November 4, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 10, 2016 |

| | |
|---|---|
| PRETRIAL CONFERENCE: | Monday, November 21, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, December 12, 2016 at 8:30 a.m. for 4 days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, November 4, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 11, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge