1  NICHOLAS A. BROWN (SBN 198210)
     brownn@gtlaw.com
2  STEPHEN ULLMER (SBN 277537)
     ullmers@gtlaw.com
3  GREENBERG TRAURIG, LLP
   4 Embarcadero Center, Suite 3000
4  San Francisco, CA 94111-5983
   Telephone: 415.655.1271
5  Facsimile: 415.520.5609

6  Attorneys for Defendant Tagged Inc.

7

8

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  EMMANUEL C. GONZALEZ,               Case No.: 16-CV-00574-YGR

14              Plaintiff,              MANHEIM DECLARATION IN
                                        SUPPORT OF TAGGED'S MOTION
15        v.                            FOR SUMMARY JUDGMENT OF
                                        INVALIDITY
16  TAGGED, INC.,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

## I.     BACKGROUND & QUALIFICATIONS

1.     I have been retained by Greenberg Traurig, LLP on behalf of Tagged Inc., which is now known as If(we) Inc. ("Tagged"), to provide assistance and expert testimony regarding U.S. Patent Nos. 7,558,807 ("the '807 Patent") and 7,873,665 ("the '665 Patent").

2.     My *curriculum vitae* describing my background and experience is attached hereto as Attachment A.

3.     I have fifteen years of experience in the software development industry and six years of experience specifically analyzing software for patent infringement.  For the past fifteen years, I have worked as a software developer and a manager of teams building complex software projects.  I have developed complex software for companies like General Motors, Honda, Disney, Nestle and Red Lion hotels.  I have hired and managed teams of software engineers working on large software projects.  I am familiar with more than fifteen programming languages and software technologies.  I have consulted on, designed, and built numerous database driven applications storing and indexing large amounts of data and providing search capability to end users. I architected the database structure, including database schema and indexes, to optimize for fast, efficient searching. I configured and deployed the applications to run on the Windows and Linux operating systems.  For example, I worked with my team at Threshold Interactive to design and build the Honda powersports web site, http://powersports.honda.com which receives millions of views per month. The Honda powersports site loads all displayed content from a Relational Database Management System and includes a search feature throughout the site allowing users to find information related to Honda powersports vehicles, such as motorcycles, and related articles.  Additionally, I engineered a content crawler and indexer to generate a keyword index to support keyword based search on a web site.

4.     For the past six years, I have owned my own consulting business, Manheim Consulting, Inc. I specialize in analyzing patent infringement, validity, and software source code. In my business, I have analyzed hundreds of patents and I have spent thousands of hours inspecting complex software developed by industry leading companies like Google, Apple, IBM,

1    and Microsoft. I have worked on dozens of major patent infringement cases that have been

2    litigated in courts all over the country. I have worked on many cases that have been litigated in

3    the Eastern District of Texas.  I have spent thousands of hours analyzing source code and

4    comparing it to patent claims relating to software.

5        5.   I received my Bachelor's degree in computer science from UCLA and my MBA

6    from the University of Southern California Marshall School of Business.  I have taken numerous

7    courses on computer operating systems, data structures, and methods for data storage,

8    organization, and retrieval. I have also taken courses on managing the design, development, and

9    deployment of large, complex software projects.  As part of my coursework, I built modifications

10   to core aspects of an operating system as well as a simple indexed database.

11       6.    My work on this case is billed at the rate of $400 per hour.  My fee is not

12   contingent on or in any way related to the outcome of any matter or to any of my opinions.

13       7.   I have no financial interest in the outcome of this case, in any of the parties of this

14   case, or in any party that is related to the parties in this case.  Specifically, I have no financial

15   interest in: (i) Tagged or any entity related to Tagged; (ii) New Life or any entity related to New

16   Life; (iii) Emmanuel C. Gonzalez or any entity related to him.  I have not to my recollection have

17   ever had any contact with the listed inventor of the '807 and '665 patents: Emmanuel C.

18   Gonzalez.

19   **II.    The '807 and '665 Patents**

20       **A.    Priority Date ("The Time The Invention Was Made")**

21       8.   The '807 and '665 patents claim priority to a U.S. Provisional Patent Application

22   (No. 60/238,303) filed on October 4, 2000.

23       9.   I understand that the two letters and draft patent application (GONZ-01518,

24   GONZ-01519, and GONZ-01520-1559) are the earliest evidence of Mr. Gonzalez's invention.

25   The earliest-dated letter is dated August 5, 2000.

26       10. For purposes of this declaration, I have been instructed to use July 1, 2000 as the

27   "time the invention was made."  I have done so even though I understand that the earliest date of

28   invention for which there is any possible evidence of corroboration is August 5, 2000.

## B.   The Field Of The Invention And The Level Of Ordinary Skill In The Art

11.  The "Field of the Invention" of the '807 and '665 patents is data-gathering and labeling methods, and the use of those labels to facilitate searches, particularly in the context of data-gathering, labeling, and searching of websites:

> The present inventions relate to data-gathering and digital labeling methods for Websites, and the structure and operating processes of a specialized Host Website whose function is to maintain a library of website digital labels and to use these labels to assist in Internet searches.
>
> *'807 Patent at 1:12-20.*

12.  I am familiar with the technical field of the '807 and '665 patents, and I was familiar with it in the July 1, 2000 timeframe (*i.e.* "the time the invention was made").

13.  I believe the level of ordinary skill relevant to the '807 and '665 patents would be an individual with an undergraduate degree in computer science, or an equivalent combination of education and experience.  My opinion about the level of "ordinary skill" is based on my review of the '807 and '665 patents and my own familiarity with both the developments that were occurring in the technical field of the '807 and '665 patents in the July 1, 2000 timeframe, and with the level of education and experience of the practitioners in the field at the time.

14.  I understand that for the asserted claims of the '807 and '665 patents, the knowledge of a person of ordinary skill in this field is to be considered as of the July 1, 2000 timeframe (i.e. "the time the invention was made").

### C.   Claim Construction

15.  I understand that a claim construction ruling has been issued by Magistrate Judge Payne.  I have reviewed the claim construction order.  I have repeated below the claim constructions that apply to the asserted claims:

| **Claim Term** | **Construction** |
| --- | --- |
| "digital label"<br><br>*all claims* | "something symbolic of unambiguous qualitative data about an item, its maker, or its owner, in digital form." |
| "uniquely refers to"<br><br>*'665 Patent Claim 1* | plain and ordinary meaning |
| "search . . . for subscriber digital labels" | plain and ordinary meaning |

| *'807 Patent Claim 1* | |
|---|---|
| "search . . . based on the labels"<br><br>*'807 Patent Claim 3* | plain and ordinary meaning |
| "effective use of these multi-parameter digital labels"<br><br>*'665 Patent Claim 1* | plain and ordinary meaning |

### D.    Asserted Claims

16.  The asserted claims are claims 1, 2, and 3 of the '807 patent, and claims 1, 19, 42, and 53 of the '665 patent.

17.  Claim 1 of the '807 patent is an independent claim, and claim 2 depends from it. Claims 1 and 2 of the '807 patent read as follows:

> *[807-1a]* 1. A <u>host website apparatus</u> for listing subscribers comprising: a computer system,
> *[807-1b]* said computer system includes a <u>digital label database</u> for providing to a listing subscriber
> > *[807-1c]* <u>digital labels</u> representing different specific qualities
> > *[807-1d]* and a <u>subscriber database</u> for storing a listing of subscribers' digital labels;
> *[807-1e]* said computer system being configured to respond to a subscriber's request for listing and <u>guiding the subscriber via the Host Website display to enter information pertaining to the subscriber</u> and
> *[807-1f]* converting the information to digital labels
> > *[807-1g]* by accessing said digital label database and storing the subscriber's digital labels in said subscriber database; and
> *[807-1h]* said computer system further configured to enable users to <u>search</u> said subscriber database <u>for subscriber digital labels</u> identifying subscriber qualities.
> *[807-2]* 2. A website as in claim 1 in which the website is configured for a specific subject.

18.  Claim 3 of the '807 patent is an independent claim.  Claim 3 of the '807 patent reads as follows:

> [807-3a] 3. A method for listing websites on the Internet comprising the steps of: configuring a computer system
> [807-3b] to compile a digital label database for providing to a listing subscriber
> > [807-3c] digital labels representing different specific qualities
> > [807-3d] and to compile a subscriber database for storing a listing of subscribers' digital labels;
> [807-3e] configuring said computer system to respond to a subscriber's request for listing;  guiding the subscriber via a website display to enter information pertaining to the subscriber; and
> [807-3f] converting the information to digital labels
> > [807-3g] by accessing said digital label database and storing subscriber digital labels in Host Website databases.

19. Claim 1 of the '665 patent is an independent claim, and claims 42, and 53 depend from claim 1. Claims 1, 42, and 53 of the '665 patent read as follows:

*[665-1a]* 1. A method for multi-parameter digital labelling of Internet Websites, comprising:

*[665-1b]* gathering of unambiguous, multi-parameter qualitative data

*[665-1c]* concerning a single or a plurality of at least one of an Internet website, an Internet posting, their substantive contents, and their owner or creator;

*[665-1d]* sourcing, from the owner or creator of said website or Internet posting, each said item of qualitative data referring to said website, said internet posting, or its substantive contents or its owner or creator;

*[665-1e]* producing a plurality of digital labels for each said website or internet posting, wherein each digital label uniquely refers to and represents a particular item of qualitative information;

*[665-1f]* wherein producing of digital labels further comprises encoding of the qualitative data in any digital form;

*[665-1g]* domiciling of these multi-parameter digital labels on at least one of the same computer, the same computer network, and on several computers linked to each other;

*[665-1h]* manipulation of the said multi-parameter digital labels comprising generation of a list of at least one of websites and Internet postings that match parameters stipulated by an entity conducting a search and represented in the digital labels according to at least one of the presence of, the absence of, the numerical or other value contained in, the numerical or other value not contained in, any one, all, and any configuration of the labels that have reference to one or more websites or Internet postings; and

*[665-1i]* making available the effective use of these multi-parameter digital labels and the means for their manipulation, to the general public through the Internet.

*[665-42]* 42. The method of claim 1, wherein the creator of the website is the owner or administrator of the website, and is provided with access to edit or modify the website or the labels associated with the website.

*[665-53]* 53. The method of claim 1, wherein the information encoded in a single label refers to at least one of a warranty that applies to a product for sale, the material or materials of which a product is made, to the country or geographic area where the materials for a product emanated, the way in which a product is made, the country or geographic area that a product was made in, the age of a person or the year of his/her birth, the geographic area where a person resides such as a country, region, state, city, neighborhood and district, but is not a precise address, the geographic area where a person works such as country, region, state, city, and neighborhood or district, but is not a precise address, a person's ethnic origin or ethnicity, a person's cultural origin or background, a person's ancestry or the nationality or ethnicity of a person's parents and other forebears, a person's sex, a person's sexual orientation, to a personal preference of a person, a personal belief of a person, the income or wealth of a person, to the size of a business by reference to at least one of its sales, profits, and other financial indicators, the size of a business by reference to the number of outlets or branches it has, and the size of a business by reference to the number of employees it has.

### III.    eBay Anticipated And Rendered Obvious The Asserted Claims

20.  eBay was a well-known website that provided online auction listings to the public prior to July 1, 2000.



*eBay-1[1]*;

21.  As of September 14, 1999, there were "3,608,940 items for sale in 1,628 categories" on the eBay website.  **eBay-2**. [2]

#### A.    eBay Used Digital Labels Such As Category, Price, Region, Ending Date, And Title

22.  Like the classified ads in newspapers, eBay required sellers to list their items in categories such as "antiques," "automotive," or "tickets."  *See **eBay-1, eBay-2***; *see also* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80; *id.* at p. 85 ("you select categories based on pull-down menus).

23.  Like the classified ads in newspapers, eBay allowed sellers to set a minimum price for their items.  *See **eBay-3**[3] ("If you receive one or more bids above your minimum price, you

---

[1] https://web.archive.org/web/19991012153717/http://pages.ebay.com/la/index.html

[2] https://web.archive.org/web/19990914210630/http://www.ebay.com/?

[3] https://web.archive.org/web/19991013051049/http://pages.ebay.com/help/sellerguide/selling-how.html

are legally obligated to complete the transaction"); *see also* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81.

24.  Like the classified ads in newspapers, eBay required sellers to include a title for their listing:



*eBay-4*[4]

25.  Like the classified ads in newspapers, eBay required sellers to list their items in a geographic region.  *eBay-4*; *see also* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81.

26.  Like the classified ads in newspapers, which would run for a period of time, eBay required sellers to list their items with an auction ending-date.  *eBay-3* ("Choose a 3-, 5-, 7-, or 10-day auction"); *see also* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81.

27.  eBay stored the category, price, and region, ending date, and title of each eBay listing in a relational database: "The Company's system consists of Sun database servers running Oracle relational database management systems." (1998 eBay Annual Report at 12.)  "Bidders

---

[4] https://web.archive.org/web/19991012111950/http://pages.ebay.com/search/items/search.html

also can search specific categories or the entire database of auction listings." (1998 eBay Annual Report at 8.)

28.  The category, price, region, ending date, and title of a eBay listing are each "digital labels" as that term has been construed by the court because they are each "symbolic of unambiguous qualitative data," and are not mere character-strings of unknown significance.

29.  The HTML for the eBay search form (**eBay-4**) shows that at least the Category and Region categories used integer values to represent the user's choice from a drop-down menu. For example, the Category "Antiques" is represented by the 343, and the Category "Coins & Stamps" is represented by 866.  Similarly, the region "AZ-Phoenix" is represented by 39.

| Browser | HTML |
|---|---|
| Category — All Categories / Antiques / Books, Movies, Music / Coins & Stamps / Collectibles / Computers / Dolls, Figures / Jewelry, Gemstones / Photo & Electronics / Pottery & Glass / Sports Memorabilia / Toys, Bean Bag Plush / Miscellaneous (Price Range, Regions, Order by, View Results) | `<select name="category0">` `<option value="">All Categories</option>` `<option value="353">Antiques</option>` `<option value="266">Books, Movies, Music</option>` `<option value="866">Coins & Stamps</option>` `<option value="1">Collectibles</option>` `<option value="160">Computers</option>` `<option value="237">Dolls, Figures</option>` `<option value="281">Jewelry, Gemstones</option>` `. . .` `</select>` |
| Regions — All of eBay / AZ--Phoenix / CA--Los Angeles / CA--Sacramento / CA--San Diego / CA--San Francisco / CO--Denver / CT--Hartford / DC--Baltimore-Washington / FL--Jacksonville (Order by, View Results) | `<select NAME="ebaytag1code" SIZE="1">` `<option VALUE="0" selected>All of eBay</option>` `<OPTION VALUE="39">AZ--Phoenix` `<OPTION VALUE="1">CA--Los Angeles` `<OPTION VALUE="45">CA--Sacramento` `<OPTION VALUE="48">CA--San Diego` `<OPTION VALUE="49">CA--San Francisco` `<OPTION VALUE="16">CO--Denver` `. . .` `</select>` |

30.  When a user fills out an HTML form (such as the one shown in **eBay-4**) and submits it, an HTTP "POST" request is submitted to the HTTP server that contains the integer values corresponding to the information input into the HTML form by the user.  These values are the claimed "digital labels."

31.  These values (the claimed "digital labels") were stored within fields in eBay's database tables—which is how they could be searched using a form such as the one shown in

1    **eBay-4**; *see also* 1998 eBay Annual Report at 12, 8 ("Bidders also can search specific categories

2    or the entire database of auction listings").

3        32.  More specifically, in order to list an item for auction on eBay's website, sellers

4    filled out a form (or forms) to enter data associated with the specific qualities, and submitted the

5    completed form(s) to eBay, which stored the data for the auction listing in its database so that it

6    could be searched:



18    *Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT*

19    *ANYTHING (Simon & Shuster, 1999) at p.80;* <u>*see also*</u> *p. 85 ("you select categories based*

20                                                      *on pull-down menus).*

21        33.  The category, price, region, and ending date of an eBay listing is the type of digital

22    label that the '807 and '665 patents describe as "pure digital labels":

23        Multi-parameter digital labels could be used to indicate, for example: the nature
          of an entity or of its activities; location or service area; price range; specific
24        products or services offered; credit and payment terms; exact facilities offered to
          customers; and many other forms of unambiguous qualitative information which
25        could later be digitally manipulated to identify the entity under a variety of search
          circumstances. Information that is not even on a site could be encoded for the site.
26        For instance, a corporation's site might not mention that it is a Fortune 500
          company; but this fact could be labeled.
27                                                      **'807 patent at 5:8-18.**

28    The multi-parameter digital labels thus far described are "pure" digital labels. For

example, in the process of listing on the Host Website, an entity may indicate that it is a wine merchant, where "wine merchant" is a predefined term within the listing process, and this phrase is therefore "understood" by both the subscriber and the website computer.

*'807 patent at 6:22-27.*

34.  The title of an eBay listing is the type of digital label that the '807 and '665 patents describe as "hybrid digital labels":

A hybrid digital label is one in which the field is unambiguously digitally defined as a certain kind of field, but the subscriber entry in the field is a character string. For example, a Digital Labeling Website may invite subscriber wine merchants to enumerate the wines they stock, these enumerations to be recorded in a database field which it predefines as "wine merchant stock list." The subscriber may then enter text (character strings), e.g., "Chateau Latour 1961." This entry, despite being a character string, now has a known and unambiguous significance, which is that it represents a wine of some sort offered by a wine merchant. With an appropriate interface, a site visitor could type out a particular wine name, in response to which the Host Website computer would perform a word-match search which is limited to this certain database field ("wine merchant stock list").

*'807 patent at 6:32-46*

35.  The title of an eBay listing corresponds exactly to this description: a seller can input a character string into the Title field of the eBay listing form, and a buyer can type out a particular word into a title-search field, in response to which eBay would perform a word-match search which is limited to that particular database field ("Title"):



*eBay-4*

36.  This confirms my opinion that the category, price, region, ending date, and title of an eBay listing are each "digital labels" as that term has been construed by the court.

1

**B.     eBay Enabled Search Using Digital Labels Such As Category, Price, Region, Ending Date, And Title**

2     37.  Like the classified ads in newspapers, eBay allowed buyers to browse through

3   listings based on regions and categories:



15                                                                                          *eBay-1*

16     38.  eBay also allowed buyers to search for listings based on category, price, region,

17   ending-date, and title.  :

18   # Find Items

19   By Title - By Item Number - By Seller - By Bidder - Completed Search - International Search

| | |
|---|---|
| **By Title**<br>eBay's most popular<br>search feature | [_____]  Search  tips<br>☐ Search title **and** description |
| Category | All Categories ▼ |
| Price Range | Between $ [_____]   And $ [_____] |
| Regions | All of eBay ▼   or   Search by country |
| Order by | Ending Date ▼   ○ ascending ● descending |
| View Results | ● All items<br>○ All items with Gallery preview NEW!<br>○ Gallery items only NEW!<br>☐ Text only results |
| | Search completed auctions |

                                                                                          *eBay-4*

28

1

2      **C.      Element-By-Element Analysis Showing That The Asserted Claims Are
                Anticipated And Rendered Obvious By eBay**

3

4      *[807-1a] 1. A <u>host website apparatus</u> for listing subscribers comprising: a computer system,*

5          39.  eBay provided a website via which registered users were enabled to list items to be

6      sold via an online auction.  For example, users could visit eBay.com, register, and list items for

7      sale on the site:

8

9      

10

11

12

13

14

15

16

17

18

19

20

21

22      *Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT*

23      *ANYTHING (Simon & Shuster, 1999) at p.80; <u>see also</u> p. 85 ("you select categories based*

24                                                          *on pull-down menus).*

25

26

27

28

**Browse**

· Categories
  Antiques
  Books, Movies, Music
  Coins & Stamps
  Collectibles
  Computers
  Dolls, Figures
  Jewelry, Gemstones
  Photo & Electronics
  Pottery & Glass
  Sports Memorabilia
  Toys, Bean Bag Plush
  Miscellaneous
· Featured don't miss!
· Hot
· Grab Bag
· Great Gifts
· Big Ticket
· Gallery
· Category Overview
· New Today
· Ending Today
· Completed Auctions
· Going, going, gone
· eBay Official Time

**Sell**

· Sell Your Item Form

**Search**

· Search for Items
· Search for Members
· Personal Shopper

**Help**

· Help Overview
· Basics
· Buyer Guide
· Seller Guide
· My Info

**Services**

· Services Overview
· Registration
  Register now
  Confirm registration
  I forgot my password
· Buying and Selling
  *Manage My Items for Sale*
  Revise my item
  Add to my item description
  Change my item's category
  Feature my item
  Fix my gallery image
  Promote my item with link buttons
  Cancel bids on my item
  End my auction early
  Relist my item
  Upload many items for listing
  *PowerSellers*
  Services
  *Seller Accounts*
  Check my seller account status
  Make payments toward my account
  Place or update my credit card on file with eBay
  Request final value fee credit
  Cash out your credit balance
  *Buyer Tools*
  Retract my bid
  Insurance
  Escrow
  Send a Gift Alert message
· My eBay
  Change my User ID
  Change my password
  Change my registration information
  Change my email address
  Change my notification preferences
· About Me
· Feedback Forum
  View a member's feedback record
  Leave feedback on a member
  Review feedback you have left about others
  Review feedback others have left about you
  Make feedback changes public or private

**Community**

· Community Overview
· News
  Announcements
  Cool happenings
  Latest buzz on new features
  Calendar
  Letters to the founder
· Chat
  *Chat Rooms*
  The eBay Cafe
  The AOL Cafe
  Discuss eBay's Newest Features
  Wanted Board
  Emergency Contact
  eBay International
  *Category-Specific Chat*
  Advertising Collectibles
  Antiques
  Barbie Bulletin Board
  Beanie Babies
  Books
  Coins
  Comics
  Computers
  Diecast
  Dolls
  Elvis
  Furbies
  Garage
  Glass
  Jewelry
  Movies
  Music
  Photo Equipment
  Pottery
  Sports
  Stamps
  Toys
  Trading Cards
· eBay Life
· Library
· Charity
  Giving Board
· eBay Store

*eBay-5* *(linking to "Sell your Item Form")*[5]

40.  The eBay Annual Report (Form 10-K) for 1998 confirms that a "seller registered with eBay can list a product for auction by completing a short online form." eBay Annual Report at p.8.

41.  eBay users could list items for sale by following a few easy steps, including filling out a basic form, choosing a category and other options, then posting the item for sale:

**How to Sell**
It's fun and easy to sell your stuff on eBay! **Here's how:**

1. **Simply fill out the** form or click under Sell in the Navigation Bar on the eBay home page. Choose a 3-, 5-, 7- or 10-day auction. Click on Sell Your Item, and you're in business!

2. **Make your listing look great with** linked pictures or fancy text. A short, descriptive title and a complete description of your item will also help your sales. But be truthful in your listings. Disappointed buyers are likely to leave you negative feedback.

3. **Price** to sell! Consider setting the minimum bid for your item a little lower than you think it will eventually sell for, just to get the auction going. Don't set it lower than you're willing to sell for, though. Be sure to clarify additional terms or expenses like who pays for shipping and insurance.

*eBay-3*

---

[5] https://web.archive.org/web/19991013013803/http://pages.ebay.com/sitemap.html

42. Thus eBay discloses limitation [807-1a] ("A host website apparatus for listing subscribers comprising: a computer system").

**[807-1b] said computer system includes a <u>digital label database</u> for providing to a listing subscriber**

43. eBay's website enabled users to find items through a variety of search options. A person of ordinary skill in the art would have understood that the search capabilities provided utilized a database. *See* **eBay-4**.

44. Users could search by title, category, price range, region, ending date, items with pictures-only, by item number, by seller, by bidder, and more. *See* **eBay-4**. Information about each data element was stored in a database, and users could manipulate forms, form elements, and links on eBay's website to search eBay's database. *See* **eBay-4**.

45. The eBay Annual Report (Form 10-K) for 1998 confirms that eBay used a database: "The Company's system consists of Sun database servers running Oracle relational database management systems." (1998 eBay Annual Report at 12.)  "Bidders also can search specific categories or the entire database of auction listings." (1998 eBay Annual Report at 8.)

46. Thus eBay discloses limitation [807-1b] ("said computer system includes a digital label database for providing to a listing subscriber").

**[807-1c] <u>digital labels</u> representing different specific qualities**

47. eBay listings included labels for many specific qualities, including at least Category, Region, and Price Range. *See* **eBay-4**.

48. The HTML for the eBay search form (**eBay-4**) shows that at least the Category and Region categories used integer values to represent the user's choice from a drop-down menu. For example, as shown in the table below, the Category "Antiques" is represented by the 343, the Category "Coins & Stamps" is represented by 866, and the region "AZ-Phoenix" is represented by 39.

| Browser | HTML |
|---------|------|
| Category<br>All Categories ✓<br>Antiques<br>Books, Movies, Music<br>Coins & Stamps<br>Collectibles<br>Computers<br>Dolls, Figures<br>Jewelry, Gemstones<br>Photo & Electronics<br>Pottery & Glass<br>Sports Memorabilia<br>Toys, Bean Bag Plush<br>Miscellaneous<br>Text only results | `<select name="category0">`<br>`<option value="">All Categories</option>`<br>`<option value="353">Antiques</option>`<br>`<option value="266">Books, Movies, Music</option>`<br>`<option value="866">Coins & Stamps</option>`<br>`<option value="1">Collectibles</option>`<br>`<option value="160">Computers</option>`<br>`<option value="237">Dolls, Figures</option>`<br>`<option value="281">Jewelry, Gemstones</option>`<br>. . .<br>`</select>` |
| Regions<br>Order by<br>View Results<br>All of eBay ✓<br>AZ--Phoenix<br>CA--Los Angeles<br>CA--Sacramento<br>CA--San Diego<br>CA--San Francisco<br>CO--Denver<br>CT--Hartford<br>DC--Baltimore-Washington<br>FL--Jacksonville | `<select NAME="ebaytag1code" SIZE="1">`<br>`<option VALUE="0" selected>All of eBay</option>`<br>`<OPTION VALUE="39">AZ--Phoenix`<br>`<OPTION VALUE="1">CA--Los Angeles`<br>`<OPTION VALUE="45">CA--Sacramento`<br>`<OPTION VALUE="48">CA--San Diego`<br>`<OPTION VALUE="49">CA--San Francisco`<br>`<OPTION VALUE="16">CO--Denver`<br>. . .<br>`</select>` |

49.  When a user fills out an HTML form (such as the one shown in **eBay-4**) and submits it, an HTTP "POST" request is submitted to the HTTP server that contains the integer values corresponding to the information input into the HTML form by the user.  These values are the claimed "digital labels."

50.  These values (the claimed "digital labels") were stored within fields in eBay's database tables—which is how they could be searched using a form such as the one shown in **eBay-4**; *see also* 1998 eBay Annual Report at 12, 8 ("Bidders also can search specific categories or the entire database of auction listings").

51.  In order to list an item for auction on eBay's website, sellers filled out a form (or forms) to enter data associated with the specific qualities, and submitted the completed form(s) to eBay, which stored the data for the auction listing in its database.  *See* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81; 1998 eBay Annual Report at 12, 8; **eBay-4**.

52.  Thus eBay discloses limitation [807-1c] ("said computer system includes a digital label database for providing to a listing subscriber").

1    **[807-1d] and a <u>subscriber database</u> for storing a listing of subscribers' digital labels;**

2         53.  As discussed above, eBay allowed users to register with the site as subscribers and

3    supported the ability for subscribers to post items to be auctioned on the site.

4         54.  As discussed above, eBay stored digital labels entered by the subscriber when

5    listing an item, and associated with each auction item in a database, such that users could then

6    search for and find items through the website's search forms.

7         55.  Thus eBay discloses limitation [807-1d] ("and a subscriber database for storing a

8    listing of subscribers' digital labels").

9    **[807-1e] said computer system being configured to respond to a subscriber's request for listing
     and <u>guiding the subscriber via the Host Website display to enter information pertaining to the</u>**

10   **<u>subscriber</u> and**

11        56.  As discussed above, eBay listings were created by a user who navigated through

12   eBay's auction forms in order to create a listing.  This required entering information about each

13   auction into an online form which included Title, Category, Price, Region, and Auction ending

14   date.  Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST

15   ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81.

16        57.  Thus eBay discloses limitation [807-1e] ("said computer system being configured

17   to respond to a subscriber's request for listing and guiding the subscriber via the Host Website

18   display to enter information pertaining to the subscriber").

19   **[807-1f] converting the information to digital labels; &**

20   **[807-1g] by accessing said digital label database and storing the subscriber's digital labels in
     said subscriber database; and**

21

22        58.  As discuss above, the auction information that was entered via a HTML form was

23   converted into digital labels and stored in a database.  *See supra ¶¶ 22-36.*  For example, a user

24   would have selected a category for a particular auction, like Automotive, Computers, or Photo &

25   Electronics.   Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND

26   COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81.  This category would

27   be selected via a menu in an HTML form element, and the selection would be converted by the

28   browser, using the instructions contained in the form, into a value that would be transmitted via

HTTP to an eBay server and then stored in a database, in such a manner that the category associated with a particular auction could then be used in subsequent searches.  *See supra ¶¶ 22-36.*

59. Thus eBay disclosed limitation [807-1f] ("converting the information to digital labels") and [807-1g] ("by accessing said digital label database and storing the subscriber's digital labels in said subscriber database").

**[807-1h] said computer system further configured to enable users to <u>search</u> said subscriber database <u>for subscriber digital labels</u> identifying subscriber qualities.**

60. A person of ordinary skill in the art would have understood that users could search eBay's database using a variety of forms, and could search based on at least Title, Category, Price, Auction ending date, Item Number, Seller (user ID or email address), Bidder (user ID or email address), and Country.  (*See* **eBay-4;** *supra* ¶¶ 37-38; *see also* 1998 eBay Annual Report at 12, 8 ("Bidders also can search specific categories or the entire database of auction listings").

61. A relational database such as the one used by eBay supported searching via the use of SQL (Structured Query Language) which allows searching by database fields, corresponding to labels, by specifying the fields in the SQL WHERE clause.

62. Thus eBay disclosed limitation [807-1h] ("said computer system further configured to enable users to search said subscriber database for subscriber digital labels identifying subscriber qualities").

**[807-2] 2. A website as in claim 1 in which the website is configured for a specific subject.**

63. A person of ordinary skill in the art would have recognized that eBay categorized the available auctions with dozens of subjects, including antiques, books, computers, and more. (See **eBay-1, eBay-2, eBay-4, eBay-5**).  eBay also had sites dedicated to specific subjects like "automotive:"

*eBay-6*[6].

64. Thus eBay disclosed limitation [807-2] ("A website as in claim 1 in which the website is configured for a specific subject").

**[807-3a] 3. A method for listing websites on the Internet comprising the steps of: configuring a computer system.**

65. As discussed above, the eBay website is provided by a computer system. *See supra* [807-1a].

66. Thus, eBay disclosed limitation [807-3a] ("A method for listing websites on the Internet comprising the steps of: configuring a computer system").

**[807-3b] to compile a digital label database for providing to a listing subscriber**

67. *See supra* [807-1b].

68. Thus, eBay disclosed limitation [807-3b] ("to compile a digital label database for providing to a listing subscriber").

---

[6] https://web.archive.org/web/19991012110638/http://pages.ebay.com/auto-index.html

*[807-3c] digital labels representing different specific qualities*

69.  *See supra* § [807-1c].

70.  Thus eBay disclosed limitation [807-3c] ("digital labels representing different specific qualities").

*[807-3d] and to compile a subscriber database for storing a listing of subscribers' digital labels;*

71.  *See supra* § [807-1d].

72.  Thus eBay disclosed limitation [807-3d] ("to compile a subscriber database for storing a listing of subscribers' digital labels").

*[807-3e] configuring said computer system to respond to a subscriber's request for listing; guiding the subscriber via a website display to enter information pertaining to the subscriber; and*

73.  *See supra* § [807-1e].

74.  Thus eBay disclosed limitation [807-3e] ("configuring said computer system to respond to a subscriber's request for listing; guiding the subscriber via a website display to enter information pertaining to the subscriber").

*[807-3f] converting the information to digital labels; &*

*[807-3g] by accessing said digital label database and storing subscriber digital labels in Host Website databases*

75.  *See supra* §§ [807-1f], [807-1g], & [807-1h].

76.  Thus eBay disclosed limitations [807-3f] ("converting the information to digital labels") and [807-3g] ("by accessing said digital label database and storing subscriber digital labels in Host Website databases").

*[665-1a] 1. A method for multi-parameter digital labelling of Internet Websites, comprising:*

77.  *See supra* §§ [807-1b] & [807-1c].

78.  Thus eBay disclosed limitations [665-1a] ("A method for multi-parameter digital labelling of Internet Websites, comprising").

*[665-1b] gathering of unambiguous, multi-parameter qualitative data*

79.  *See supra* § [807-1e].

80.  Thus eBay disclosed limitations [665-1b] ("gathering of unambiguous, multi-parameter qualitative data").

*[665-1c] concerning a single or a plurality of at least one of an Internet website, an Internet posting, their substantive contents, and their owner or creator;*

81. *See supra* § [807-1e]. In particular, the information that a would-be seller would enter via form to post an item for sale concerned an Internet posting / Internet website (e.g. an item available for sale via auction), its contents (e.g. title, category, price range), and the owner/creator (e.g. seller ID, seller email). *See* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81; *id.* at p. 85 ("you select categories based on pull-down menus); *see also* **eBay-4**.

82. Thus eBay disclosed limitations [665-1c] ("concerning a single or a plurality of at least one of an Internet website, an Internet posting, their substantive contents, and their owner or creator").

*[665-1d] sourcing, from the owner or creator of said website or Internet posting, each said item of qualitative data referring to said website, said internet posting, or its substantive contents or its owner or creator;*

83. In order to list an item for auction on eBay's website, sellers themselves would fill out a form to enter information including labels about the item, referring to information referenced in *§ [807-1e]*. *See* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81; *id.* at p. 85 ("you select categories based on pull-down menus); *see also* **eBay-4**.

84. Thus eBay disclosed limitations [665-1d] ("sourcing, from the owner or creator of said website or Internet posting, each said item of qualitative data referring to said website, said internet posting, or its substantive contents or its owner or creator").

*[665-1e] producing a plurality of digital labels for each said website or internet posting, wherein each digital label uniquely refers to and represents a particular item of qualitative information;*

85. eBay listings were created by a user who navigated through eBay's auction forms in order to create a listing. A person of ordinary skill in the art would have understood that this required entering information about each auction. *See* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81; *id.* at p. 85 ("you select categories based on pull-down menus); *see also* **eBay-4**. A user would enter information into an HTML form (or forms) created by eBay, which including at

1   least Title, Category, Price, Region, and Auction ending date.  *See* Kaiser & Kaiser, THE

2   OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon

3   & Shuster, 1999) at p.80-81; *id.* at p. 85 ("you select categories based on pull-down menus); *see*

4   *also* **eBay-4**.

5          86.   As discussed above, when a user fills out an HTML form (such as the one shown

6   in *eBay-4*) and submits it, an HTTP "POST" request is submitted to the HTTP server that

7   contains data corresponding to the information input into the HTML form by the user.  When

8   eBay generated the HTML form(s) to allow users to list items for sale, eBay generated both the

9   options displayed to the user by the HTML form (*e.g.* the text options in a drop-down menu), and

10  also designated corresponding data values that would be included in the HTTP "POST" request

11  (*e.g.* the choices in a 10-item drop-down menu could be assigned to the numbers 0-9.)  *See*

12  Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST

13  ABOUT ANYTHING (Simon & Shuster, 1999) at p.80-81; *id.* at p. 85 ("you select categories based

14  on pull-down menus).  In so doing, eBay produced a plurality of digital labels for the auction

15  listing, each of which uniquely refers to and represents a particular item of qualitative

16  information about the listing, *e.g.* Title, Category, Region, Price, and Auction ending date.

17         87.   Thus eBay disclosed limitations [665-1e] ("producing a plurality of digital labels

18  for each said website or internet posting, wherein each digital label uniquely refers to and

19  represents a particular item of qualitative information").

20  **[665-1f] wherein producing of digital labels further comprises encoding of the qualitative data in any digital form;**

21

22         88.   As described above, when a user filled out an HTML form (or forms) to list an

23  item for sale on eBay, and pressed "submit," eBay received data from the form through the

24  HTTP "POST" request.  eBay then used that data to generate a database entry for the listing,

25  which included the digital labels for the listing.  The process of generating the HTTP "POST"

26  request and converting the data from that POST request into a database entry for the auction

27  listing constitutes encoding of the qualitative data in digital form, as claimed.

28         89.   Thus eBay disclosed limitations [665-1f] ("wherein producing of digital labels

    further comprises encoding of the qualitative data in any digital form").

*[665-1g] domiciling of these multi-parameter digital labels on at least one of the same computer, the same computer network, and on several computers linked to each other;*

90.   *See §§ [807-1f] & [807-1g]*.  eBay used Sun servers running Oracle databases that to store the claimed digital labels.

91.   Thus, eBay disclosed limitations [665-1g] ("domiciling of these multi-parameter digital labels on at least one of the same computer, the same computer network, and on several computers linked to each other").

*[665-1h] manipulation of the said multi-parameter digital labels comprising generation of a list of at least one of websites and Internet postings that match parameters stipulated by an entity conducting a search and represented in the digital labels according to at least one of the presence of, the absence of, the numerical or other value contained in, the numerical or other value not contained in, any one, all, and any configuration of the labels that have reference to one or more websites or Internet postings; and*

92.   Manipulating digital labels to generate a list of websites/Internet postings (e.g. eBay acution listings) that match parameters stipulated by an entity conducting a search, where at least one of those parameters was represented in the labels according to the presence of a value in one of the labels, describes conducting a search, such as the listings-search that was available on eBay. *See supra § [807-1h]*.

93.   Thus, eBay disclosed limitations [665-1h] ("manipulation of the said multi-parameter digital labels comprising generation of a list of at least one of websites and Internet postings that match parameters stipulated by an entity conducting a search and represented in the digital labels according to at least one of the presence of, the absence of, the numerical or other value contained in, the numerical or other value not contained in, any one, all, and any configuration of the labels that have reference to one or more websites or Internet posting").

*[665-1i] making available the effective use of these multi-parameter digital labels and the means for their manipulation, to the general public through the Internet.*

94.   *See supra § [807-1h]*.   In particular, as **eBay-4** shows, users could effectively search eBay using a wide variety of criteria.

95.   Thus eBay disclosed limitations [665-1i] ("making available the effective use of these multi-parameter digital labels and the means for their manipulation, to the general public through the Internet").

*[665-42] 42. The method of claim 1, wherein the creator of the website is the owner or administrator of the website, and is provided with access to edit or modify the website or the labels associated with the website.*

96. A person of ordinary skill in the art would have understood that a user could list an item for auction, then change the title, description, or picture by logging into his or her account making those changes. *See, e.g.* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at p.99 ("Adding Photos to Your Listing").

97. Thus eBay disclosed limitations [665-42] ("The method of claim 1, wherein the creator of the website is the owner or administrator of the website, and is provided with access to edit or modify the website or the labels associated with the website").

*[665-53] 53. The method of claim 1, wherein the information encoded in a single label refers to at least one of a warranty that applies to a product for sale, the material or materials of which a product is made, to the country or geographic area where the materials for a product emanated, the way in which a product is made, the country or geographic area that a product was made in, the age of a person or the year of his/her birth, the geographic area where a person resides such as a country, region, state, city, neighborhood and district, but is not a precise address, the geographic area where a person works such as country, region, state, city, and neighborhood or district, but is not a precise address, a person's ethnic origin or ethnicity, a person's cultural origin or background, a person's ancestry or the nationality or ethnicity of a person's parents and other forebears, a person's sex, a person's sexual orientation, to a personal preference of a person, a personal belief of a person, the income or wealth of a person, to the size of a business by reference to at least one of its sales, profits, and other financial indicators, the size of a business by reference to the number of outlets or branches it has, and the size of a business by reference to the number of employees it has.*

98. A person of ordinary skill in the art would understand that the individual labels available in eBay included at least the ability to designate a country or region for a particular listing, which corresponds to "the geographic area where a person resides such as a country, region, state, city, neighborhood and district, but is not a precise address." *See, e.g.* Kaiser & Kaiser, THE OFFICIAL EBAY GUIDE TO BUYING, SELLING, AND COLLECTING JUST ABOUT ANYTHING (Simon & Shuster, 1999) at pp. 80-81; **eBay-4** (search form with 'Region'); **eBay-1** (region-specific eBay site for Los Angeles).

99. Thus eBay disclosed limitations [665-53] ("The method of claim 1, wherein the information encoded in a single label refers to at least one of a warranty that applies to a product for sale, the material or materials of which a product is made, to the country or geographic area where the materials for a product emanated, the way in which a product is made, the country or

geographic area that a product was made in, the age of a person or the year of his/her birth, the geographic area where a person resides such as a country, region, state, city, neighborhood and district, but is not a precise address, the geographic area where a person works such as country, region, state, city, and neighborhood or district, but is not a precise address, a person's ethnic origin or ethnicity, a person's cultural origin or background, a person's ancestry or the nationality or ethnicity of a person's parents and other forebears, a person's sex, a person's sexual orientation, to a personal preference of a person, a personal belief of a person, the income or wealth of a person, to the size of a business by reference to at least one of its sales, profits, and other financial indicators, the size of a business by reference to the number of outlets or branches it has, and the size of a business by reference to the number of employees it has").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 9, 2016

**Daniel Manheim**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Dated:  May 10, 2016                                     _/s/ Nicholas A. Brown_

                                                                Nicholas A. Brown

**Attachment A**

# Dan Manheim

dan@danmanheim.com
(310) 487-8752, 1619 S Bentley Ave #101, Los Angeles, CA 90025

## SUMMARY OF QUALIFICATIONS

Technical expert in the field of software patent analysis. Experience in a wide range of patent cases involving high profile companies related to Google, Apple, and Microsoft technologies. Over 10 years of industry experience as a software manager and developer with expertise in a variety of technologies / programming languages, software architecture, system design, and system coding.

## PROFESSIONAL SKILLS

- **Patent infringement and source code analysis**: Over 6 years experience analyzing source code with respect to patent infringement, including analysis of products from Google, Apple, Activision, Microsoft, and more.
- **Development of complex, high-traffic sites**: Over 9 years experience developing applications and content for high traffic sites based on complex enterprise-level architectures.
- **Architecture**: Over 4 years experience architecting web site platforms for complex, high-volume sites
- **E-business Hardware/Software Infrastructure**: Web analytics, software infrastructure, content management, performance monitoring, QA, application servers, web services, deployment.
- **Software Development**: Several languages and environments, including: C#, VB.NET, SQL, C++, Java, Visual Basic, C, ASP.NET, PHP, Ruby, Python, JavaScript, CSS, SQL Server, MySQL, IIS, Apache
- **Project management**: Agile Methods (SCRUM, Agile, Test Driven Development), SDLC, Microsoft Project. Projects are developed on time and under budget.
- **B2C**: 8+ years experience in building B2C applications such as survey and poll engines, dealer locators, e-commerce systems, communities, content management systems, and product catalogs.
- **Team Building:** 4+ years experience in building and leading all aspects of teams.

## EXPERIENCE

**Manheim Consulting. Inc.** Los Angeles, California.
*Intellectual Property Technical Consulting Expert*                                   12/09 – Present
- Analyze infringement and validity of patents and source code.
- Clients include Agility IP Law; Cohen & Gresser LLP; Dentons; Dovel & Luner, LLP; Foley & Lardner LLP; Greenberg Traurig LLP; Heim, Payne & Chorush LLP; Irell & Manella LLP; Robins Kaplan LLP; Russ, August, & Kabat; Susman Godfrey.
- Prior litigation examples available upon request.

**Manheim Consulting. Inc.** Los Angeles, California.
*Software Developer*                                   12/09 – Present
- Develop web applications for clients including Inlite Research, Healthonomy Corporation, Creative Partners Group, and several "proof of concept" entrepreneurial endeavors.
- Web applications include requirements definition and development in areas of health IT, communities, barcode recognition, and catalogs using .Net and PHP technologies.

**Threshold Interactive.** Culver City, California. (http://www.thresholdinteractive.com)
*Director, Technology*                                   1/06 – 11/09
- Managed technology team of 9 at online marketing agency to deliver B2C sites, Content Management Systems, social media based communities, CRM programs, online promotions, and email campaigns.
- Hired and trained developers through hands on interview process and example based training program.

- Defined and evolved development process and infrastructure to support rapid development and knowledge sharing within development team.
- Coordinated resources and technical priorities with project management team to manage risk, inform stakeholders, and deliver on time and under budget.
- Led technology assessments and partnered with architects to formulate and implement technology strategies.
- Developed and architected portions of several complex, high-traffic consumer websites, including Nestlé Crunch, Butterfinger, Bonnaroo Music Festival, Honda Powersports, and Disney Ultimate Band. Developed and launched first .Net 2.0 sites at Nestlé USA.

**Hot Topic Media, Inc.** Los Angeles, California
*Core Technology Developer*                                                                                  6/05 – 12/05
- Architected and deployed complex business intelligence solution based on VB.Net.  Generated and published complex charts and reports based on multiple data sources.
- Led initiatives to migrate legacy system saving hundreds of hours of maintenance costs.
- Automated code build process for development team.
- Provided software support for maintaining several million subscriber mailing list and product sales processing.

**MRM Partners** (formerly Zentropy Partners). Hollywood, California. (http://www.zentropypartners.com/)
*Technical Team Lead*                                                                                               4/03 – 5/05
- Architected technical design, managed development team, wrote project scope and documentation for new business projects, and coordinated strategy with project and team leaders.
- Architected and led development of content management, reservations, and ticketing systems for West Coast and Red Lion Hotels. Solution used C#, and included data retrieval from Content Management System, connection to 3rd party API for Reservation system, and data display using XML/XSLT.
- Architected and led development of Phase II enhancements to West Coast Hotels, Red Lion Hotels, and TicketsWest sites.  Used VB.Net to implement Hotel and Ticketing web services for administration and display of data. Increased use of Content Management System throughout the site.
- Led teams to deploy various xml based sites involving Content Management, Web Services, XML, and XSLT such as http://www.engenio.com and http://www.nadaguides.com
- Developed Content Management System and deployment of General Motors Local Marketing Group Sites allowing unlimited sites to be deployed from the same code base.  (e.g. http://www.chevyoffers.com/)

**Self Employed.** Los Angeles, California.
*Freelance Software Engineer*                                                                                11/02 – 4/03
- Developed and maintained IAC Industries catalog system and other small catalogs for Creative Partners Group. IAC Catalog enhancements include cart and quote system, rep manager and locator, user data capture, and others. (http://www.iacindustries.com)
- Developed web based front end for P2P activity reports using ColdFusion and ASP including SQL Server import process and statistical analysis for millions of records weekly.

**Digital Enterprise Systems, LLC.** Studio City, California.
*Software Engineer/Project Manager*                                                                      2/01 – 10/02
- Managed and developed multiple projects including web-based artificial intelligence bot, and ASP-based online catalog system (http://www.iacindustries.com) requiring extensive ASP and SQL development in SQL Server.
- Led an engagement to re-engineer Content Management System for Edison International (www.edison.com)
- Architected and developed site crawler and indexer to support keyword based search capabilities.

**EDUCATION**
**University of Southern California (USC) Marshall School of Business**
*Masters of Business Administration* obtained in 2011

**University of California, Los Angeles (UCLA)**
*BS in Computer Science* obtained in 2000

Course Work in C, C++, Relational Database Management Systems, Network Engineering, Object Oriented Software Engineering, Algorithms and Complexity, Operating Systems, Computer Architecture, Logic Design, Assembly Language, Artificial Intelligence, Formal Automata, Compiler Construction.