**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EMMANUEL GONZALEZ,**<br><br>Plaintiff,<br><br>vs.<br><br>**TAGGED, INC.,**<br><br>Defendant. | Case No.: 16-cv-00574- YGR<br><br>**ORDER VACATING HEARINGS**<br><br>Re: Dkt. Nos. 35, 36 |

The hearing on plaintiff's motion to stay (Dkt. No. 35) currently set for June 7, 2016 and the hearing on defendant's motion for summary judgment (Dkt. No. 36) currently set for June 21, 2016 are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: June 3, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**