**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **EMMANUEL C. GONZALEZ,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**TAGGED, INC.,**<br><br>    **Defendant.** | **Case No.: 16-CV-00574 YGR**<br><br>**ORDER VACATING HEARING ON MOTION FOR ATTORNEY'S FEES**<br><br>**RE: DKT NO. 49** |

The Court has reviewed the papers submitted by the parties on the pending motion for attorneys' fees (Dkt. No. 49) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for August 9, 2016 is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: July 29, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**